IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TRAN MINH MAN NGUYEN                                    PETITIONER

v.                                          Cause No. 5:26-cv-00588-DCB-BWR

RAFAEL VERGARA                                        RESPONDENTS
*Warden, Adams County Correctional Center*
and
BRIAN ACUNA
*Immigration and Customs Enforcement,*
*New Orleans Field Office Director*

## ORDER

This matter is before the Court on Tran Minh Man Nguyen's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1]. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

"The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is 'the person who has custody over [the petitioner].'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242). "[T]here is generally only one proper respondent to a given habeas petition. This custodian, moreover, is 'the person' with the ability to produce the prisoner's body before the habeas court." *Id.* at 435. This "immediate custodian" rule means that "in habeas challenges to present physical confinement . . . the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Id.* at 435.

Rafael Vergara, Warden, Adams County Correctional Center, and perhaps Brian Acuna, Immigration and Customs Enforcement, New Orleans Field Office

Director, are the proper Respondents. The Court directs Respondents to file an answer or other responsive pleading. Respondents' answer or other responsive pleading is due within twenty (20) days of the service of a copy of this Order. Counsel for Petitioner desiring to file a rebuttal may do so within fourteen days after Respondents file an answer or other responsive pleading.

IT IS THEREFORE ORDERED that Rafael Vergara, Warden, Adams County Correctional Center, and Brian Acuna, Immigration and Customs Enforcement, New Orleans Field Office Director, are Respondents, and any others listed on the docket as Respondents are hereby removed as Respondents.

IT IS FURTHER ORDERED that Respondents shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondents shall file with their answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. Counsel for Petitioner desiring to file a rebuttal may do so within fourteen days after Respondents file an answer or other responsive pleading.

IT IS FURTHER ORDERED the Clerk of Court shall serve, by *certified mail*, a copy of the Petition [1], filed herein, and a copy of this Order upon the Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D. C. 20530-0001; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39120.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the **Civil**

**Process Clerk** of the Unites States Attorney for the Southern District of Mississippi via electronic means as agreed upon, namely, by Notice of Electronic Filing sent via CM/ECF.

SO ORDERED, this 2nd day of July 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE